UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

CASE NO.  8:06-CV-727-T-27MSS          DATE     April 20, 2009

TITLE   SHANE WRIGHT, et al. vs.FIRST MORTGAGE AMERICA, INC., et al.

TIME  3:35 P.M.- 4:00 P.M.

HONORABLE JAMES D. WHITTEMORE          Courtroom Deputy:   Anne H. Ohle

Court Reporter:   Linda Starr

Attorney(s) for Plaintiff:          Attorney(s) for Defendant(s):

Ryan Barack                    Blair L. Wright, appearing pro se

PROCEEDINGS OF:        ***STATUS CONFERENCE***

Parties are attempting to resolve this case.

Order of Sanctions will be entered 4/23/09, if a settlement is not reached.